UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIPOV KHURSAND,<br><br>                                    Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE,<br><br>                                    Respondent. | Case No.:  3:26-cv-845-CAB-JLB<br><br>**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AND DENYING MOTION TO APPOINT COUNSEL**<br><br>**[Doc. Nos. 8–9]** |

Before the Court is Petitioner Sharipov Khursand's amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, [Doc. No. 8], and motion to appoint counsel, [Doc. No. 9].  The Court previously ordered the government to provide Petitioner a bond hearing.  [Doc. No. 5.]  Petitioner received a bond hearing on March 11, 2026; the immigration judge denied bond finding Petitioner was a flight risk.  [Doc. No. 6.] Petitioner disagrees with the hearing's outcome and says that the immigration judge denied bond based on a "very weak DHS argument of flight risk."  [Doc. No. 8 at 6.]  Petitioner seeks another bond hearing in front of a different, neutral judge.  [*Id.* at 8.]

The Ninth Circuit has held that it is "improper" for a habeas petitioner to ask the federal district court to review the immigration judge's decision before appealing to the Board of Immigration Appeals.  *See Leonardo v. Crawford*, 646 F.3d 1157, 1160 (9th Cir.

2011).  The Court therefore **DISMISSES** the petition without prejudice and **DENIES** the motion to appoint counsel.

It is **SO ORDERED**.

Dated:  May 14, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge